## EX PARTE CARRINGTON

No. 787, Misc.   Decided January 12, 1970

*Leon B. Polsky* for Carrington.

*Louis J. Lefkowitz,* Attorney General, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Judith T. Younger,* Assistant Attorney General, for the State of New York.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   The petition for a writ of certiorari is denied.